# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DONALD DOUGLAS MACKENZIE, | ) Case No. 10-20561 ABC |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| ALLIANCE LENDING SOLUTIONS, LLC, | ) Adversary No. 10-1546 ABC |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| DONALD DOUGLAS MACKENZIE, | ) |
| | ) |
| Defendant. | ) |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion, filed on October 15, 2010, for Withdrawal of the Reference in an adversary proceeding and the response thereto. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action. This matter presents the questions of whether the reference should be withdrawn for an adversary proceeding to determine dischargeability of a particular debt under 11 U.S.C. § 523(a), and whether the Debtor, having voluntarily elected to proceed in the Bankruptcy Court for an adjustment of the relationship between himself and his creditors, is entitled to a jury trial in this core dischargeability adversary proceeding. *See, Johnson v. Riebesell (In re Riebesell)*, 586 F.3d 782, 793 (10th Cir. 2009); *N.I.S. Corp. v. Hallahan (In re Hallahan)*, 936 F.2d 1496, 1507-08 (7th Cir. 1991).

Dated: November 12, 2010

BY THE COURT:

_____
United States Bankruptcy Court Judge