IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2773-AP**

**IN RE: DONALD DOUGLAS MACKENZIE,**

       Debtor.

**ALLIANCE LENDING SOLUTIONS, LLC**

       Plaintiff,

v.

**DONALD DOUGLAS MACKENZIE,**

       Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the court on Defendant Donald Douglas MacKenzie's Motion for Withdrawal of this Case to the District Court (doc. #1). The Motion is **GRANTED**. All further proceedings shall take place in this court.

Dated this 17th day of November, 2010.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court